# EXHIBIT 4
# To Declaration Of Darren Shuler



ADDRESS REPLY TO
P.O. BOX 1734
ATLANTA, GA 30301

May 31, 2016

Mr. David J Perras
1070 Trailmore Drive
Roswell, Georgia  30076

Dear Mr. Perras,

Our records indicate that you were approved for Long Term Disability (LTD) benefits effective February 3, 2010.

Per our previous correspondence to you on October 19, 2012, as an employee receiving LTD benefits, you were eligible to continue as an inactive employee for a maximum of three (3) years from the effective date of your LTD benefits.  This period of time is known as your Long Term Disability Health and Welfare coverage period.  During this time, you were eligible to continue health and welfare benefits through The Coca-Cola Company ("Company") as an inactive employee.

Your employment status should have changed to terminated effective February 4, 2013, however because of an administrative error, the Company has continued to provide you with inactive health and welfare benefits beyond the effective date of when your benefits eligibility should have terminated.  Therefore, effective sixty (60) days from the date of this correspondence, your employment with The Coca-Cola Company will terminate.  Accordingly, your Long Term Disability Health and Welfare coverage period will end and your eligibility to participate in Company health and welfare benefits will end.  You will need to secure benefit coverage on your own at that time.  Please note that your coverage continued in error will be counted as your COBRA eligibility period.

The termination of your health and welfare benefit eligibility does not impact the LTD benefits paid to you by Liberty Mutual for as long as Liberty Mutual approves your disability.

If you are stock option eligible, please refer to your grant agreements as your termination may have an effect on your stock options.  If you have questions about treatment under the Pension Plan, please refer to the Summary Plan Description (SPD) for that plan.

Please call KO HR Help (404-676-7656 or 1-877-676-7656) for any further questions.

KO HR Help