# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID J. PERRAS,<br><br>     Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY OF NORTH AMERICA,<br><br>     Defendant. | Case No. 1:19-cv-01831-MHC |

## SCHEDULING ORDER

Upon consideration of Plaintiff's Second Motion for Continuance, Defendants' Response consenting the relief sought therein, and for good cause shown, it is hereby **ORDERED** that the following schedule shall apply to this case, subject to modification for good cause shown at the request of the Parties:

a. The fact discovery cut off is November 4, 2020.

b. The deadline for dispositive motions is December 4, 2020.

c. The deadline for responses to dispositive motions is January 4, 2021.

d. The deadline for replies in support of dispositive motions is January 20, 2021.

**IT IS SO ORDERED** this 24th day of September, 2020.

_____
MARK H. COHEN
United States District Judge